U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP 15 2011

CLERK, U.S. DISTRICT COURT
By _____
Deputy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

GERALD STONE,
    Plaintiff

CIVIL ACTION NO. 3:11-CV-02263-B

v.

INTERNAL REVENUE SERVICE,
    Defendant

## AFFIDAVIT OF SERVICE

TO THE HONORABLE JUDGE OF SAID COURT:

I, GERALD STONE, Plaintiff pro se, hereby declare that on September 2, 2011 I mailed a copy of the summons and complaint, certified mail return receipt requested, to Internal Revenue Service, Defendant, (Certified No. 7011 1150 0001 1652 1051). Copies of the summons and complaint were mailed that same day, certified mail return receipt requested, to the Civil Process Clerk, U.S. Attorney's Office (Certified No. 7011 1150 0001 1652 1044) and to the Attorney General (Certified No. 7011 1150 0001 1652 1068).

Attached hereto are the original electronic certified receipts for these mailings. The mailing to the Defendant was received on September 12, 2011.

Respectfully submitted this 15th day of September, 2011

_Gerald Stone_
Gerald Stone
4645 OConnor Court
Irving, Texas 75062
469-443-6343 (telephone)
972-717-1899 (fax)
JS103B@GMAIL.COM

---



**UNITED STATES POSTAL SERVICE**

Date: 09/12/2011

JERRY STONE:

The following is in response to your 09/02/2011 request for delivery information on your Certified Mail(TM) item number 7011 1150 0001 1652 1051. The delivery record shows that this item was delivered on 09/12/2011 at 07:11 AM in WASHINGTON, DC 20224 to A FIKES. The scanned image of the recipient information is provided below.

Signature of Recipient: 

Address of Recipient: 

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service



**UNITED STATES POSTAL SERVICE**

Date: 09/06/2011

JERRY STONE:

The following is in response to your 09/02/2011 request for delivery information on your Certified Mail(TM) item number 7011 1150 0001 1652 1044. The delivery record shows that this item was delivered on 09/06/2011 at 11:48 AM in DALLAS, TX 75242. The scanned image of the recipient information is provided below.

Signature of Recipient: *Alphonso Nowlin*

Address of Recipient: *1100 Commerce 300*

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service



**UNITED STATES POSTAL SERVICE**

Date: 09/09/2011

JERRY STONE:

The following is in response to your 09/02/2011 request for delivery information on your Certified Mail(TM) item number 7011 1150 0001 1652 1068. The delivery record shows that this item was delivered on 09/09/2011 at 11:18 AM in WASHINGTON, DC 20530 to R BROWN. The scanned image of the recipient information is provided below.

Signature of Recipient:



Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service