IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GERALD STONE, ) | |
|     Plaintiff, ) | |
| vs. ) | No. 3:11-CV-2263-B-BK |
| ) | |
| INTERNAL REVENUE SERVICE, ) | |
|     Defendant. ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Defendant's *Motion to Dismiss* Plaintiff's claim under the Declaratory Judgment Act is **GRANTED,** and that claim is **DISMISSED WITH PREJUDICE**. Defendant has 14 days from the date of this order to respond to Plaintiff's remaining claims.

SO ORDERED.

SIGNED this 3rd day of February, 2012

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE